**William J. Guyer, appellee, v. The American Electric Fusion Corporation, appellant. Gen. No. 34,293.**

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931. Rehearing denied February 7, 1931.

Brundage & Gorman, for appellant. Sanders, Childs, Bobb & Wescott, for appellee; William L. Bourland, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**Bessie Weissman and B. Pareski, appellees, v. W. P. Cooney, appellant. Gen. No. 34,420.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed January 27, 1931.

M. Edward Abram, for appellant. Rooney & Melaniphy, for appellees; John C. Melaniphy, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**Frances Rostenkowski, appellee, v. Chicago National Life Insurance Company, appellant. Gen. No. 34,429.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed January 27, 1931.

Lee D. Mathias and Clyde L. Todd, for appellant. Benjamin S. Mesirow, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Dave Cahn, appellee, v. Eva Snyder et al., defendants, on appeal of Fanny Goldberg, appellant. Gen. No. 34,453.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed January 27, 1931.

S. B. Barnett and Rosenberg, Braude & Zimmerman, for appellant. Cameron Latter, for appellee.

Mr. Justice Gridley delivered the opinion of the court.